UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CFMG, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1816 KJN P<br><br><br>ORDER |

Plaintiff is a pretrial detainee, recently returned to the Butte County Jail.[1] On November 21, 2017, the undersigned recommended that this action be dismissed because plaintiff failed to timely file an amended complaint. On November 22, 2017, plaintiff's motion for extension of time in which to file an amended complaint was entered on the docket. Plaintiff's motion was signed on November 15, 2017. Therefore, plaintiff's motion was timely. Good cause appearing, plaintiff's motion for extension of time to file an amended complaint is granted, and the findings and recommendations are vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are vacated;

---

[1] Plaintiff's address change was noted from her filing in case no. 2:17-cv-0723. Plaintiff is cautioned that she is required to timely file a notice of change of address in each case pending in this court. Local Rule 183(b).

2. Plaintiff's motion for an extension of time is granted; and

3. Plaintiff is granted twenty-one days from the date of this order in which to file an amended complaint.

Dated: December 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bely1816.36